IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01222-WDM-MJW

RAPTOR EDUCATION FOUNDATION,

Plaintiff,

v.

ROCKY MOUNTAIN RAPTOR PROGRAM,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to Amend Answer (Docket No. 22) is granted. The tendered Amended Answer of Defendant Rocky Mountain Raptor Program (Docket No. 22-1) is accepted for filing as of the date of this Minute Order.

Date: September 13, 2010