IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01222-WDM-MJW

RAPTOR EDUCATION FOUNDATION,

Plaintiff(s),

v.

ROCKY MOUNTAIN RAPTOR PROGRAM,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Stipulated Motion for Entry of Protective Order (docket no. 29) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 29-1) is APPROVED and made an Order of Court.

Date: November 1, 2010